IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GIANT BRANDS, INC., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. AW 02 CV-320 |
| GIANT EAGLE, INC., et al., | ) | |
| Defendants. | ) | |

**SECOND JOINT STIPULATION**
**REGARING SCHEDULING ORDER SUBMISSION**

The parties to the above-captioned case hereby stipulate and agree as follows:

1. On July 22, 2002 the Court approved the parties' Joint Stipulation stating that, within two weeks of the Court's ruling on the Plaintiffs' Motion for Summary Judgement, the parties would submit a joint scheduling order to the Court. A copy of the July 2002 Stipulation is attached as Exhibit A.

2. Plaintiffs have requested, and Defendants have agreed, that the time for the parties' joint scheduling submission will be extended an additional two weeks, to and including October 22, 2002.

Respectfully submitted,

| | |
|---|---|
| VENABLE, BAETJER, HOWARD & CIVILETTI, LLP | MARCUS & SHAPIRA LLP |
| *William D. Coston /ems* | *Bernard D. Marcus /ems* |
| William D. Coston | Bernard D. Marcus |
| Federal Bar No. 08431 | Pa. I.D. No. 01293 |
| 1201 New York Avenue, NW | Robert L. Allman, II |
| Washington, DC 20005-3917 | Pa. I.D. No. 19660 |
| (202) 962-4800 | One Oxford Centre - 35th Floor |
| | 301 Grant Street |
| | Pittsburgh, Pennsylvania 15219-6401 |
| *Elizabeth M. Borinsky* | (412) 471-3490 |
| Christopher R. Mellott | |
| Federal Bar No. 03734 | |
| Elizabeth M. Borinsky | |
| Federal Bar No. 06706 | |
| 1800 Mercantile Bank & Trust Building | |
| 2 Hopkins Plaza | |
| Baltimore, MD 21201 | |
| (410) 244-7400 | |

Attorneys for Plaintiffs
Giant Brands, Inc. and
Giant of Maryland LLC

IT IS SO ORDERED: *Alexander Williams, Jr.*   10/9/02