IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

_____FILED   _____ENTERED
_____LODGED _____RECEIVED

DEC 1 7 2002

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                      DEPUTY

| | | |
|---|---|---|
| GIANT BRANDS, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL ACTION NO.  AW 02 CV-320 |
| GIANT EAGLE, INC., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Plaintiffs' Motion for Voluntary Dismissal Without

Prejudice, Defendants' Opposition thereto, and the oral arguments heard on December 4,

2002, it is this __17th__ day of December, 2002:

ORDERED, pursuant to Fed. R. Civ. P. 41(a)(2), that said Motion for Voluntary

Dismissal Without Prejudice Is GRANTED, and the above-captioned case is hereby

dismissed without prejudice on the condition that any lawsuit between the parties

pertaining to the parties' use of the word "giant" as part of a trademark, trade name or

logo shall be filed in the United States District Court for the District of Maryland and

shall be heard by the undersigned.

18

Alexander Williams, Jr.
United States District Judge